381 A.2d 900

Commonwealth v. Ross, Appellant.

Argued September 13, 1977.   James H. Rowland, Jr., with him Rowland and Rowland, for appellant;   D. Michael Emuryan, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

381 A.2d 900

Commonwealth v. Stegman, Appellant.

Argued September 16, 1977.   Joel M. Breitstein, for appellant;   F. Wolfson, Assistant District Attorney, with him George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.